■ FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER, Respondent, v BIRCHWOOD COURT OWNERS, INC., Appellant. [635 NYS2d 476] —Appeal by the defendant from an order of the Supreme Court, Nassau County (DiNoto, J.), entered July 7, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice DiNoto at the Supreme Court. Balletta, J. P., Miller, O'Brien and Copertino, JJ., concur.